UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL PERRY, *et al.*,<br>    Plaintiffs and Defendants-<br>    in-Counterclaim<br>v.<br><br>FEDERAL DEPOSIT INSURANCE<br>CORPORATION,<br>    Defendant and Plaintiff-<br>    in-Counterclaim<br>v.<br><br>JOY PERRY, *et al.*,<br>    Additional Defendants-<br>    in-Counterclaim<br><br>MICHAEL PERRY, and<br>CONDOMINIUM HOUSING, INC.,<br>    Plaintiffs-in-Cross Claim<br>v.<br><br>STEVEN BLUM, as Trustee of<br>Moorings Nominee Trust,<br>    Defendant-in-Cross Claim<br><br>and<br><br>STEPHEN YELLIN and<br>ELAINE YELLIN,<br>    Reach and Apply Defendants | Civil Action No. 99-12194NG |

## [~~PROPOSED~~] JUDGMENT

Judgment is hereby entered in favor of MICHAEL PERRY, against

STEVEN BLUM, as Trustee of Moorings Nominee Trust, STEPHEN YELLIN, and

ELAINE YELLIN, in the amount of FOUR MILLION, SEVENTEEN

THOUSAND, NINE HUNDRED THIRTEEN, AND 00/100 DOLLARS ,plus pre-judgment interest running from June 6, 2002, the date on which the Court granted Perry leave to file his cross-claim. By statute, pre-judgment interest accrues at 12 percent per annum, calculated as simple interest. *See*, Mass. Gen. L. ch. 231, §§ 6C, 6H.

**SO ORDERED.**

Date: 6/28/11

NANCY GERTNER, U.S.D.C.